JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

854          In re MiniScribe Corporation Securities Litigation

| | | |
|---|---|---|
| 90/05/29 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-13), CERT. OF SERVICE, EXHIBITS A and B -- filed by defts. Russell E. Planitzer, J.H. Whitney & Co. and J.H. Whitney Associates -- SUGGESTED TRANSFEREE DISTRICT:  DISTRICT OF COLORADO  (cds) |
| 90/06/07 | | APPEARANCES:  THOMAS BIRGE, ESQ. for Patrick J. Scheibaum; ROBERT F. WISE, JR., ESQ. for Morgan Stanley & Co., Inc.; KATHRYN M. NELSON, ESQ. for William R. Hambrecht, Gary Koenig, Paul Risinger, Hambrecht & Quest Group, Hambrecht & Quest Venture Partners, and Hambrecht & Quest Inc.;  GEOFFREY ARONOW, ESQ. for Coopers & Lybrand; JAMES SHPALL, ESQ. for Micahel Van, et al., Morris Isaac, et al., and Philip R. Burnham, et al.;  ROBERT HILL, ESQ. for Feivel Gottlieb, et al.; JOSEPH D. JAMAIL, ESQ. for U.S. National Bank of Galviston, et al.; STACEY MILLS, ESQ. for JOHN MULLALY, ET AL.;  JAMES NESLAND, ESQ. for Gerald Goodman; STEPHEN SUSMAN, ESQ. for Q.T. Wiles;  ROBER SKIRNICK, ESQ. for Leslie Jacobs (cds) |
| 90/06/11 | | APPEARANCES -- ANNE WEST KLEINDKPF, ESQ. for Official Unsecured Creditors' Commitee (Applied Magnetic Corp.; Danzas-Northern Air; Ellco Leasing Corp.; Filicon Systems Corp.; Funward Technologies; Xidex Corp.; Flexstar); JOSEPH A. GARNETT, ESQ. for CompuAdd Corp.; PETER R. BORNSTEIN, ESQ. for Leif Herrington (ds) |
| 90/06/11 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLDG. #1 -- filed by pltfs. John Mullaly, et al. -- EXTENSION OF TIME GRANTED TO AND INCLUDING JULY 2, 1990 TO FILE RESPONSE (ds) |
| 90/06/13 | | APPEARANCE -- DENNIS E. KINNAIRD, ESQ. for Q.T. Wiles (rec'd on 6/11/90)  (ds) |
| 90/06/13 | | APPEARANCE:  W.P. LOREA, PRO SE  (cds) |
| 90/06/13 | | APPEARANCE -- LAWRENCE J. KELLY, ESQ. for Kenneth A. Huff c'd (ds) |
| 90/06/14 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- pltfs. Philip R. Burnham, et al., Morris Isaac, et al. and Michael Van, et al. -- EXTENSION OF TIME GRANTED TO ALL PARTIES FOR RESPONSES TO AND INCLUDING JULY 2, 1990 -- Notified involved counsel (ds) |
| 90/06/14 | 4 | RESPONSE (to pldg. #1) -- pltfs. U.S. National Bank of Galveston, et al. w/cert. of svc.  (ds) |
| 90/06/15 | | APPEARANCE -- ROBERT T. MCALLISTER, ESQ. for Jesse E. Parker (ds) |

*p.2*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **854** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/06/18 | 5 | JOINDER IN MOTION FOR TRANSFER -- filed by defts. William R. Hambrect, Gary E. Koenig, Paul Risinger, Hambrecht & Quist Group, Hambrecht & Quist Inc. and Hambrecht & Quist Venture Partners w/cert. of svc. (ds) |
| 90/06/18 | 6 | MEMORANDUM (to pldg. #1) -- deft. Q.T. Wiles w/exhibits A thru F and cert. of svc. |
| 90/06/18 | 7 | RESPONSE (to pldg. #1) -- defts. Official Unsecured Cretitors Committee w/cert. of svc. (ds) |
| 90/06/18 | | HEARING ORDER -- Setting motion of defendants Russell E. Planitzer, J.H. Whitney & Company and J.H. Whitney Associates, for transfer for Panel hearing on July 27, 1990 in St. Paul, Minnesota (sg) |
| 90/06/19 | 8 | RESPONSE (for pldg. #6) (MEMORANDUM is pldg. #6) (**responding to pldg. #1**) -- deft. Q.T. Wiles w/svc. (ds) |
| 90/06/19 | | APPEARANCE -- LEE D. FOREMAN, ESQ. for owen Taranta (ds) |
| 90/06/25 | | APPEARANCES -- JOHN SULLIVAN, ESQ. for Russell E. Planitzer, J.H. Whitney & Co. and J.H. Whitney Associates (ds) |
| 090/07/02 | 9 | RESPONSE -- (to pldg. #1) John Mullaly, et al. -- w/**Exhibits** A-D and cert. of svc. (received 7/2/90) (rh) |
| 90/07/02 | 10 | RESPONSE -- (to pldg. #1) Coopers & Lybrand -- w/cert. of svc. (received 7/2/90) (rh) |
| 90/07/02 | 11 | JOINDER -- (to pldg. #1) Gerald W. Goodman -- w/cert. of svc. (received 7/2/90) (rh) |
| 90/07/03 | 12 | RESPONSE -- (to pldg. #1) Feivel Gottlieb, et al. -- w/cert. of svc. (received 7/3/90) (rh) |
| 90/07/09 | 13 | SUPPLEMENTAL RESPONSE TO PLDG. #4 -- U.S. National Bank of Galveston, et al. -- w/cert. of svc. (received 7/9/90) (rh) |
| 90/07/11 | 14 | NOTICE OF WITHDRAWAL OF MOTION -- Russell E. Plaintzer, J.H. Whitney & Company and J.H. Whitney Associates -- w/cert. of svc. (received 7/11/90) (rh) |

p.3

CRIT ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET  854

| DATE | DESCRIPTION |
|---|---|
| 90/07/20 | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE JULY 27, 1990 HEARING -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1
    ⊕
    Revised: 8/78

### DOCKET NO. 854 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re MiniScribe Corporation Securities Litigation

#### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 20, 1990 | MO | | | | |

#### Special Transferee Information

DATE CLOSED: 7/20/90

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 854 -- In re MiniScribe Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Mullaly, et al. v. MiniScribe Corporation, et al. | Cal.,C. March | Bky. Adv.# LA90-0117-KM | | | | |
| A-2 | U.S. National Bank of Galveston, et al. v. Coopers & Lybrand, et al. | Tex.,S. Wheless | Bky. Adv.# 90-0076-RFW | | | | |
| A-3 | Leif Herrington v. MiniScribe Corporation, et al. | Colo. ~~Matheson~~ ~~Babcock~~ matsch | ~~Bky. Adv.#~~ ~~90-D-0059-CEM~~ 90 M 1018 | | | | |
| A-4 | Leif Herrington v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-1209-RPM | | | | |
| A-5 | Arthur Barry, et al. v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-618-RPM | | | | |
| A-6 | Feivel Gottlieb, et al. v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-963-RPM | | | | |
| A-7 | Philip R. Burnham, et al. v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-1592* | | | | *A-7,8&9 consoli-dated w/A-10 |
| A-8 | Morris Isaac, et al. v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-1075* | | | | |
| A-9 | Leslie Jacobs v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-960* | | | | |

DOCKET NO. 854 -- In re MiniScribe Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Michael Van, et al. v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-1488-RPM | | | | |
| A-11 | Rodney C. Powers, et al. v. Q.T. Wiles, et al. | Colo. Matsch | 89-M-592** | | | | **Consolidated w/A-13 |
| A-12 | Vincent Bury, et al. v. Q.T. Wiles, et al. | Colo. Matsch | 89-M-591** | | | | |
| A-13 | John Mullaly, et al. v. MiniScribe Corporation, et al. | Colo. Matsch | 89-M-340-RPM | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __854__ -- __In re MiniScribe Corporation Securities Litigation__

---

JOHN MULLALY, ET AL. (A-1, A-13)
RODNEY C. POWERS, ET AL. (A-11)
VINCENT BURY, ET AL. (A-12)
Stacey L. Mills, Esq.
Milberg, Weiss, Bershad,
  Specthrie & Lerach
225 Broadway, Suite 2000
San Diego, CA  92101-5050

U.S. NATIONAL BANK OF GALVESTON,
  ET AL. (A-2)
Joseph D. Jamail, Esq.
Jamail & Kolius
3300 One Allen Center
Houston, Texas  77002

LEIF HERRINGTON (A-3, A-4)

Peter Bornstein, Esq.
Berenbaum & Weinshienk, P.C.
3773 Cherry Creek Dr., N. #880
Denver, CO  80209

ARTHUR BARRY, ET AL. (A-5)
(no appearance received)
Michael Berger, Esq.
Waldman, Corn, Koff and Berger, P.C.
303 E. 17th St., #940
Denver, CO  80203

FEIVEL GOTTLIEB, ET AL. (A-6)
Robert F. Hill, Esq.
Hill & Robbins, P.C.
1441 Eighteenth Street, #100
Denver, CO  80202

LESLIE JACOBS (A-9)
Robert A. Skirnick, Esq.
Wechsler Skirnick Harwood
  Halebian & Feffer
555 Madison Avenue
New York, NY  10022

PHILIP R. BURNHAM, ET AL. (A-7)
MORRIS ISAAC, ET AL. (A-8)
MICHAEL VAN, ET AL. (A-10)
James A. Shpall, Esq.
Wolf & Shpall, P.C.
3773 Cherry Creek No. Dr., Suite 745
Denver, CO  80209

COOPERS & LYBRAND
Geoffrey F. Aronow, Esq.
Arnold & Porter
1200 New Hampshire Ave., N.W.
Washington, D.C.  20036

WILLIAM R. HAMBRECHT
GARY E. KOENIG
PAUL N. RISINGER
HAMBRECHT & QUEST GROUP
HAMBRECHT & QUEST VENTURE PARTNERS
HAMBRECHT & QUEST INCORPORATED
Kathryn M. Nelson, Esq.
Howard, Rice, Nemerovski, Canady,
  Robertson & Falk
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111

MORGAN STANLEY & CO., INC.
Robert F. Wise, Jr., Esq.
Davis Polk & Wardwell
1 Chase Manhattan Plaza
New York, NY  10005

PATRICK J. SCHLEIBAUM
Thomas D. Birge, Esq.
Brega & Winters, P.C.
1700 Lincoln Street, Suite 2222
Denver, CO  80203

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __854__ -- In re MiniScribe Corporation Securities Litigation

---

ROBERT J. GANTER
ROBERT L. ABRAMS
GARY A. GALUSHA
BRUCE B. BEE
JAMES R. STEGER
(no appearance received)
David G. Palmer, Esq.
Gibson, Dunn & Crutcher
1801 California Street
Suite 4200
Denver, CO  80202

Q.T. WILES
Dennis E. Kinnaird, Esq.
Munger, Tolles & Olson
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071
JESSE C. PARKER

Robert T. McAllister, Esq.
Martin, McAllister & Murphy, P.C.
1120 Lincoln, Suite 1600
Denver, CO  80203

MINISCRIBE CORPORATION
(no appearance received)
Alan M. Loeb, Esq.
Davis, Graham & Stubbs
370 Seventeenth St., Suite 4700
Denver, CO  80202

WILLIAM P. LOREA

WILLIAM P. LOREA
P.O. Box 224
Sutton, Surrey
United Kingdom SM2 60W

GERALD W. GOODMAN
James E. Nesland, Esq.
Ireland, Stapleton, Prior & Pascoe
1675 Broadway, Suite 2600
Denver, CO  80202

WARREN L. PERRY
(no appearance received)
WARREN L. PERRY
6234 Nottinghill Gate
Boulder, CO  80301

KENNETH A. HUFF
Lawrence J. Kelly, Esq.
Bosworth & Towley, P.C.
Suite 100, Steele Creek Building
36 Steele Street
Denver, CO  80206

OWEN TARANTA

Lee D. Foreman, Esq.
Haddon, Morgan & Foreman
1034 Logan Street
Denver, CO  80203

COMPUADD CORP.
Joseph A. Garnett, Esq.
McFall & Sartwelle, P.C.
2500 Two Houston Center
909 Fannin Street
Houston, TX  77010

RUSSELL E. PLANITZER
J.H. WHITNEY & CO.
J.H. WHITNEY ASSOCIATES

John Sullivan, Esq.
Lord, Day & Lord, Barrett Smith
1675 Broadway
New York, NY  10019

UNABLE TO DETERMINE ADDRESS OR COUNSEL
FOR THE FOLLOWING PARTIES:

STEVEN C. WOLFE
DUKE WYNNE
JEFF GLASS
GENE DEHNER
STEVE TORBIN
TOM DIESING
DON HAMBERT
MARTA VAN DER SCHOUN
KELLY HICKS

Case MDL No. 854   Document 1   Filed 06/16/15   Page 9 of 13

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __3____

DOCKET NO. 854 __ _____

OFFICIAL UNSECURED CREDITORS's COMMITTEE

APPLIED MAGNETIC CORPORATION
DANZAS-NORTHERN AIR
ELLCO LEASING CORPORATION
FILICON SYSTEMS CORPORATION
FUNWARD TECHNOLOGIES
XIDEX CORPORATION
FLEXSTAR
Anne West Kleinkopf, Esq.
Faegre & Benson
2500 Republic Plaza
370 - 17th Street
Denver, CO  80202-4004

JPML FORM 3

p. _1_____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _854_ -- In re MiniScribe Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

```
<party>Abrams, Robert L.
<id#>A-4, A-5, A-7, A-10, A-11, A-12, A-13
<>

<party>Bee, Bruce
<id#>A-5, A-7, A-8, A-9, A-11, A-12
<>

<party>Compuadd Corp.
<id#>A-2
<>

<party>Coopers & Lybrand
<id#>A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-10, A-11, A-12, A-13
<>

<party>Dehner, Gene
<id#>A-4
<>

<party>Diesing, Tom
<id#>A-4
<>

<party>Galusha, Gary A.
<id#>A-7
<>

<party>Ganter, Robert J.
<id#>A-4, A-5, A-7, A-10, A-11, A-12, A-13
<>

<party>Glass, Jeff
<id#>A-4
<>

<party>Goodman, Gerald W.
<id#>A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12,
A-13
<>

<party>Hambrecht & Quist Group
<id#>A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-10, A-11, A-13
<>

<party>Hambrecht & Quist Inc.
<id#>A-1, A-2, A-4, A-5, A-12
<>

<party>Hambrecht & Quist Venture Partners
<id#>A-1, A-2, A-4, A-5, A-6
<>

<party>Hambrecht, William R.
<id#>A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12,
A-13
```

```
<>

<party>Halbert, Don
<id#>A-4
<>

<party>Hicks, Kelly
<id#>A-4
<>

<party>Huff, Kenneth A.
<id#>A-1, A-2, A-4, A-5, A-6
<>

<party>J.H. Whitney & Co.
<id#>A-1, A-2, A-4, A-5
<>

<party>J.H. Whitney Associates
<id#>A-1, A-2, A-4, A-5
<>

<party>Koenig, Gary E.
<id#>A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12,
A-13
<>

<party>Lorea, William P.
<id#>A-3, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13
<>

<party>MiniScribe Corp.
<id#>A-1, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13
<>

<party>Morgan Stanley & Co., Inc.
<id#>A-1, A-2
<>

<party>Parker, Jesse C.
<id#>A-1, A-4, A-5, A-6, A-7, A-10, A-11, A-12, A-13
<>

<party>Perry, Warren
<id#>A-4, A-6
<>

<party>Planitzer, Russell E.
<id#>A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12,
A-13
<>

<party>Risinger, Paul N.
<id#>A-1, A-2, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13
<>
```

```
<party>Schliebaum, Patrick J.
<id#>A-1, A-4, A-5, A-6, A-7, A-10, A-11, A-12, A-13
<>

<party>Steger, James R.
<id#>A-4, A-5, A-7, A-10, A-11, A-12, A-13
<>

<party>Taranta, Owen
<id#>A-1, A-2, A-4, A-5, A-6
<>

<party>Torbin, Steve
<id#>A-4
<>

<party>Van Der Schoun, Marta
<id#>A-4
<>

<party>Wiles, Q.T.
<id#>A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12,
A-13
<>

<party>Wolfe, Steven C.
<id#>A-1, A-4, A-5, A-6
<>

<party>Wynne, Duke
<id#>A-4
<>
```