JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 20 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 854

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MINISCRIBE CORPORATION SECURITIES LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE JULY 27, 1990 HEARING

    This matter is before the Panel on a motion by three defendants in this litigation to centralize, pursuant to 28 U.S.C. §1407, the actions on the attached Schedule A in the District of Colorado for coordinated or consolidated pretrial proceedings.  Movants now seek to withdraw their Section 1407 motion without prejudice, on the basis of their representations that 1) two actions listed on Schedule A (the California action and the Texas action) are no longer pending in the federal district courts where they were pending when the motion was filed; and 2) as a result, all actions subject to the Section 1407 motion that remain in federal district court are pending in the District of Colorado.  In light of these representations, withdrawal of the Section 1407 motion is appropriate on mootness grounds.

    IT IS THEREFORE ORDERED that movants' request to withdraw their Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on June 18, 1990, as amended on June 20, 1990 and July 11, 1990, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*John F. Nangle*
John F. Nangle
Chairman

Schedule A

MDL-854 -- In re MiniScribe Corporation Securities Litigation

### Central District of California

John Mullaly, et al. v. MiniScribe Corporation, et al., Bankruptcy Court Adv. No. LA90-0117-KM

### Southern District of Texas

U.S. National Bank of Galveston, et al. v. Coopers & Lybrand, et al., Bankruptcy Court Adv. No. 90-0076-RFW

### District of Colorado

Leif Herrington v. MiniScribe Corporation, et al., C.A. No. Bky. Adv. No. 90-D-0059-CEM
Leif Herrington v. MiniScribe Corporation, et al., C.A. No. 89-M-1209-RPM
Arthur Barry, et al. v. MiniScribe Corporation, et al., C.A. No. 89-M-618-RPM
Feivel Gottlieb, et al. v. MiniScribe Corporation, et al., C.A. No. 89-M-963-RPM
Philip R. Burnham, et al. v. MiniScribe Corporation, et al., C.A. No. 89-M-1592
Morris Isaac, et al. v. MiniScribe Corporation, et al., C.A. No. 89-M-1075
Leslie Jacobs v. MiniScribe Corporation, et al., C.A. No. 89-M-960
Michael Van, et al. v. MiniScribe Corporation, et al., C.A. No. 89-M-1488
Rodney C. Powers, et al. v. Q.T. Wiles, et al., C.A. No. 89-M-592
Vincent Bury, et al. v. Q.T. Wiles, et al., C.A. No. 89-M-591
John Mullaly, et al. v. MiniScribe Corporation, et al., C.A. No. 89-M-340